JOHN M. McCOY III, Cal. Bar No. 166244
Email: mccoyj@sec.gov
LYNN M. DEAN, Cal. Bar No. 205562
Email: deanl@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>TG CAPITAL LLC, a Nevada limited liability company, THANH VIET "JEREMY" CAO, an individual, and LODAVINA GROSNICKLE, an individual,<br><br>  Defendants. | Case No. SACV 07-579 CJC (ANx)<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ORDER TO SHOW CAUSE WHY DEFENDANT THANH VIET "JEREMY" CAO SHOULD NOT BE FOUND IN CONTEMPT OF THE COURT'S JUNE 18, 2007 PRELIMINARY INJUNCTION**<br><br>Date: December 29, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br>(Hon. Cormac J. Carney) |

**TO DEFENDANT THANH VIET "JEREMY" CAO AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 29, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard in the above-entitled court, located at 411 W. 4th Street Santa Ana, California 92701, in the courtroom of the Honorable Cormac J. Carney, Plaintiff Securities and Exchange Commission ("Commission") will, and hereby does, move the Court to issue an Order to Show Cause why Thanh Viet "Jeremy" Cao should not be found in contempt of the Court's June 28, 2007 Preliminary Injunction. The hearing will take place in the Courtroom of the Honorable Cormac J. Carney, Courtroom 9B, at the Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516.

The Commission's motion is based on the accompanying Memorandum of Points and Authorities, the Declaration of John M. McCoy III, the filings and records in this action, and any other evidence or argument the Commission may present in support of the motion.

Notice is also given that the Commission moves the Court that appropriate civil contempt sanctions, including but not limited to incarceration, be imposed upon Cao upon a finding of contempt.

Dated: November 25, 2008           Respectfully submitted,

/s/ John M. McCoy III
Attorney for Plaintiff
Securities and Exchange Commission

1

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On November 25, 2008, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ORDER TO SHOW CAUSE WHY DEFENDANT THANH VIET "JEREMY" CAO SHOULD NOT BE FOUND IN CONTEMPT OF THE COURT'S JUNE 18, 2007 PRELIMINARY INJUNCTION** upon the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered such envelope/document to each addressee on the attached service list.

[ ] **FEDERAL EXPRESS.** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Date: November 25, 2008        /s/ John M. McCoy III
                               John M. McCoy III

2

**SEC v. TG Capital, et al.**
United States District Court – Central District of California
Case No. SACV07-579 CJC (ANx)
(LA-3373)

SERVICE LIST

Jeffrey Bradpiece, Esq.* **(served by electronic mail)**
Jeffrey Bradpiece Law Offices
Skypark Office Center, Building 2
23440 Hawthorne Boulevard, Suite 120
Torrance, CA 90505
Telephone: (310) 373-8766
Facsimile: (310) 378-9679
Email: bradpiecelaw3@aol.com
*Attorney for Defendants Thanh Viet "Jeremy" Cao and TG Capital, LLC*

Philip H. Dyson, Esq.* **(served by electronic mail)**
Philip H. Dyson Law Offices
8461 La Mesa Boulevard
La Mesa, CA 91941
Telephone: (619) 462-3311
Email: jldossegger@yahoo.com
*Attorney for Defendant Lodavina Grosnickle*

Robert B. Ericson, Esq. **(served by electronic mail)**
Cotton & Gundzik LLP
624 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90017
Telephone: (213) 312-1339
Email: rericson@cgllp.com
*Attorney for Permanent Receiver John W. Cotton*

*Also served electronically through the CM/ECF system.