UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-00579-CJC(ANx) | Date | December 29, 2008 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. TG Capital LLC, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | Maria Dellaneve | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Receiver: | Attorneys Present for Defendants: | |
| John McCoy | None Present | |

**Proceedings:** PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT THANH VIET "JEREMY" CAO SHOULD NOT BE FOUND IN CONTEMPT OF THE COURT'S JUNE 18, 2007 PRELIMINARY INJUNCTION (fld 11/25/08)

    Motion hearing held. Court and counsel confer. Court GRANTS plaintiff's motion for order to show cause why defendant Thanh Viet "Jeremy" Cao should not be found in contempt of the Court's June 18, 2007 preliminary injunction. Order signed and filed this date.

    Courts schedules an evidentiary hearing for Thursday, January 22, 2009 at 9:00 a.m.

| | : | 06 |
|---|---|---|
| Initials of Preparer | mu | |