1  JOHN M. McCOY III, Cal. Bar No. 166244
   Email: mccoyj@sec.gov
2  LYNN M. DEAN, Cal. Bar No. 205562
   Email: deanl@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Rosalind R. Tyson, Regional Director
5  Michele Wein Layne, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
6  Los Angeles, California 90036-3648
   Telephone:  (323) 965-3998
7  Facsimile:   (323) 965-3908

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12 SECURITIES AND EXCHANGE           Case No. SACV 07-00579-CJC(ANx)
   COMMISSION,
13                                   [PROPOSED] ORDER TO SHOW
              Plaintiff,             CAUSE RE FINDING OF CIVIL
14       vs.                         CONTEMPT AND ASSOCIATED
                                     SANCTIONS AGAINST
15 TG CAPITAL LLC, a Nevada limited  DEFENDANT THANH VIET
   liability company, THANH VIET     "JEREMY" CAO
16 "JEREMY" CAO, an individual, and
   LODAVINA GROSNICKLE, and
17 individual,

18            Defendants.

19

20     Plaintiff Securities and Exchange Commission (the "Commission") moved

21 the Court to issue an Order to Show Cause  why defendant Thanh Viet "Jeremy"

22 Cao should not be found in civil contempt for violating the asset freeze provisions

23 of this Court's June 18, 2007 Preliminary Injunction and preceding May 22, 2007

24 Temporary Restraining Order in this action.  The matter came on regularly for

25 hearing on or about December 29, 2008.

26 *

27 *

28 *

For good cause shown, the Commission's motion is hereby GRANTED in the following particulars:

Defendant Thanh Viet "Jeremy" Cao is ORDERED to show cause by January 22, 2009, why he should not be found in contempt of Paragraphs IV and V of this Court's June 18, 2007 Preliminary Injunction and/or the corresponding provisions in the Court's May 22, 2007 Temporary Restraining Order.

The Court will hold a hearing at 9:00 a.m. on January 22, 2009, to determine whether to find Mr. Cao in contempt of the Preliminary Injunction and/or Temporary Restraining Order, as well as to consider what sanctions, if any, should be imposed. The Court notes that sanctions upon a finding of civil contempt may include incarceration.

IT IS FURTHER ORDERED that Mr. Cao and his counsel of record shall both personally appear at the January 22, 2009 hearing.

Dated:  December 29, 2008  _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ John M. McCoy III
John M. McCoy III
Attorneys for Plaintiff
Securities and Exchange Commission