# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 07-00579-CJC(ANx) | Date January 22, 2009 |
| Title Securities and Exchange Commission v. TG Capital LLC, et al | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Maria Dellaneve | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff/ Receiver: | Attorneys Present for Defendants: |
|---|---|
| John McCoy | Jeffrey Bradpiece |
| Robert D. Ericson | |

**Proceedings:**   EVIDENTIARY HEARING RE PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT THANH VIET "JEREMY" CAO SHOULD NOT BE FOUND IN CONTEMPT OF THE COURT'S JUNE 18, 2007 PRELIMINARY INJUNCTION (fld 11/25/08)

Evidentiary hearing held. Witness called, sworn and testified. Exhibits identified and admitted. Court finds that the defendant Thanh Viet Cao violated paragraphs 5 and 6 of the June 18, 2007 Preliminary Injunction and holds defendant in civil contempt. Counsel for plaintiff to prepare and lodge proposed order by Friday, January 23, 2009.

Courts schedules a status conference for Monday, March 9, 2009 at 3:30 p.m.

: 41

Initials of Preparer   mu